**Exhibit A to the Complaint**

**Location:** Los Angeles, CA

**Total Works Infringed:** 50

**IP Address:** 76.50.91.11

**ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 3E96D50258B016D15792A8821D3EF08CEFCBD141 | 07/11/2026 05:13:15 | Blacked Raw | 07/05/2026 | 07/08/2026 | PA0002592489 |
| 2 | DD95548EBE7555170151E505AF7CEA4938CB6A7C | 07/11/2026 05:09:58 | Blacked Raw | 06/30/2026 | 07/08/2026 | PA0002592487 |
| 3 | 325881A37E38095A8E30E1766018606CF85C0974 | 07/11/2026 05:08:56 | Blacked Raw | 06/25/2026 | 07/01/2026 | PA0002591694 |
| 4 | C3C3A183378D7EAF65FAB40B0A60F613C51EF5C4 | 07/11/2026 05:04:13 | Blacked | 07/02/2026 | 07/08/2026 | PA0002592490 |
| 5 | D6698F07643452D47451DE040B679F15DE2EE9C8 | 07/11/2026 05:04:09 | Blacked | 06/27/2026 | 07/01/2026 | PA0002591697 |
| 6 | 3CAF462B9AE985553AF7F590987A1260D44331A7 | 07/11/2026 05:03:30 | Blacked | 06/17/2026 | 07/08/2026 | PA0002592495 |
| 7 | 6618F2DD01DD9B627BD304B27BCB7EC0C3F20CF4 | 06/25/2026 03:05:58 | Blacked Raw | 06/20/2026 | 06/24/2026 | PA0002590652 |
| 8 | 8563F490E432FBC93DFA198D6C2961904A2A8CAE | 06/17/2026 04:54:32 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 9 | 0A5B7570FB0BBAD4BD1A609C2ED3AA48F6F8EE30 | 06/17/2026 04:50:10 | Blacked Raw | 08/25/2019 | 09/11/2019 | PA0002199991 |
| 10 | 984A00E46A8515565E1F132943C175CF257534E7 | 06/17/2026 04:41:05 | Blacked Raw | 12/18/2023 | 01/16/2024 | PA0002449502 |
| 11 | 251E98FDDBF487C34DF4A4378903DF0134382A03 | 06/17/2026 04:37:53 | Blacked | 08/19/2023 | 09/18/2023 | PA0002430893 |
| 12 | ED28CA4EB07A289D438D69B786CA5D572947E39B | 06/17/2026 04:34:21 | TushyRaw | 11/19/2024 | 12/13/2024 | PA0002506261 |
| 13 | 99357DBEE5672A41830EA00023674B37B911DE86 | 06/17/2026 04:32:43 | TushyRaw | 02/15/2026 | 02/20/2026 | PA0002568786 |
| 14 | 4209607D399C93D6364716A82ED4F7BA72CBAB51 | 06/17/2026 04:28:53 | TushyRaw | 08/17/2025 | 08/19/2025 | PA0002545663 |
| 15 | 44918E15A6EB36A8D74DAE9187BF026DC78AE9CF | 06/17/2026 04:26:48 | TushyRaw | 08/03/2025 | 08/08/2025 | PA0002544246 |
| 16 | 07556ECFC20BC75AFC1F107C48A7AE9CDC2F4CDE | 06/17/2026 04:25:18 | TushyRaw | 12/07/2025 | 12/09/2025 | PA0002556436 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 8748821C7978E6B7845C11CA75F0CEBEA24F219E | 06/17/2026 04:23:27 | TushyRaw | 02/01/2026 | 02/04/2026 | PA0002565323 |
| 18 | 94BF163F63D0FB41C394A3BD2EEC9E54EC413288 | 06/17/2026 04:16:12 | Tushy | 01/27/2025 | 02/18/2025 | PA0002515936 |
| 19 | 43F130AE52830D2086AB6A9E517790C8438C940B | 06/17/2026 04:16:02 | Tushy | 11/02/2025 | 11/14/2025 | PA0002553510 |
| 20 | 6F643AD41E9BD9E2CC12363B38571BBA255DD9B8 | 06/17/2026 04:10:52 | Tushy | 05/10/2026 | 05/29/2026 | PA0002586675 |
| 21 | 7E0CEFC04AFC2ECF6FD3557FDEF7C706DF9E13E0 | 06/17/2026 04:10:44 | Tushy | 05/24/2026 | 05/29/2026 | PA0002586670 |
| 22 | B2FCFED74F006B8EBAC470B3AD082D6FFE4997A4 | 06/17/2026 04:09:26 | Tushy | 05/17/2026 | 05/29/2026 | PA0002586674 |
| 23 | CB4E92BE492BBFF4CFCE198D2AB6E02846B54A48 | 06/17/2026 04:09:22 | Tushy | 05/31/2026 | 06/08/2026 | PA0002587867 |
| 24 | A5FC3415C2F17A2A9628AD2E69C5C4F292534D5A | 06/17/2026 04:07:58 | Tushy | 07/27/2025 | 08/08/2025 | PA0002544274 |
| 25 | CBA78DDAE451AEB30136E55D14FF555452028F58 | 06/13/2026 01:08:31 | Blacked | 06/12/2026 | 06/17/2026 | PA0002589748 |
| 26 | 9618CECDB824BEC887895600E9BCEB980E758694 | 06/13/2026 01:02:30 | Blacked Raw | 06/10/2026 | 06/17/2026 | PA0002589747 |
| 27 | CA9119A0505C6048BAC99702E9040091AA7246A1 | 06/13/2026 01:02:13 | Blacked Raw | 05/31/2026 | 06/08/2026 | PA0002587864 |
| 28 | 1D7E5B6AD15958624F560179101BCD0395CC10A6 | 06/13/2026 01:01:20 | Blacked Raw | 05/26/2026 | 05/29/2026 | PA0002586644 |
| 29 | A66270D1E4F7344985D20ED3C8870F35F91A619C | 06/13/2026 00:59:43 | Blacked Raw | 06/05/2026 | 06/17/2026 | PA0002589749 |
| 30 | E72E17D93B0CC8C96C56CB982D4169A456C3AFBA | 06/13/2026 00:58:04 | Blacked Raw | 05/21/2026 | 05/29/2026 | PA0002586648 |
| 31 | 38F22661BEBB356FDF0AD4F77F244A6744C6B93D | 06/13/2026 00:57:50 | Blacked Raw | 05/16/2026 | 05/29/2026 | PA0002586677 |
| 32 | DD7C0B56CA361214048B23E990F96FB95EEC27E1 | 05/17/2026 00:15:22 | Blacked | 05/13/2026 | 05/29/2026 | PA0002586680 |
| 33 | DE35120EAB25E0EC00C022217D11F92DCE1CDD9F | 05/17/2026 00:14:10 | Blacked Raw | 05/11/2026 | 05/29/2026 | PA0002586650 |
| 34 | 69C13CF21A8693237B2DF48E5837AA06FBF47CF8 | 05/17/2026 00:12:40 | Blacked | 05/08/2026 | 05/29/2026 | PA0002586660 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | B1CBDD7AFA4B6D86DD627C698FA528F3F3A1407C | 05/04/2026 02:00:04 | Blacked Raw | 05/01/2026 | 05/06/2026 | PA0002582422 |
| 36 | FF615051D73AA8087A4BFA94962FD37C0C4B06A9 | 05/04/2026 01:57:49 | Blacked | 04/18/2026 | 04/24/2026 | PA0002582393 |
| 37 | 05E8F2090534A86FDF8B5BC4B07265EA50808A5B | 05/04/2026 01:57:11 | Blacked Raw | 04/21/2026 | 04/24/2026 | PA0002580439 |
| 38 | EE48826BEE76BFBDA65E6DEC93375E1C2AABA350 | 04/27/2026 03:04:32 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 39 | 2546CB1EDFE2D2D9A5A3D384D9BF309381FD8AF1 | 04/27/2026 02:43:29 | Blacked Raw | 04/16/2026 | 04/24/2026 | PA0002580441 |
| 40 | AC97463C38F910C6B665357DC401B7D57A283C19 | 04/13/2026 00:43:04 | Blacked Raw | 04/11/2026 | 04/24/2026 | PA0002580446 |
| 41 | E941C9AAD1BB1AF537DF2A604F4479EC61379577 | 04/13/2026 00:40:12 | Blacked | 04/03/2026 | 04/07/2026 | PA0002577440 |
| 42 | D6363EA1210861CF83DA2D4B37BFA46523D74814 | 04/13/2026 00:38:17 | Blacked | 04/08/2026 | 04/24/2026 | PA0002582387 |
| 43 | 5552C75D9AA029D27216D9E9BB1FCF0B8C0F2CE1 | 04/13/2026 00:30:33 | Blacked Raw | 07/20/2020 | 08/11/2020 | PA0002252263 |
| 44 | 86877BB4A7097B37BB62B7A2B9D6DDFBA2AA041F | 03/30/2026 00:25:23 | Blacked Raw | 03/27/2026 | 04/07/2026 | PA0002577457 |
| 45 | 241BBD1B7B6C76166DAF1B09E1B4E9579B235A74 | 03/30/2026 00:24:03 | Blacked | 03/29/2026 | 04/07/2026 | PA0002577464 |
| 46 | 7ABDFE1F61F5B204BF16E6BD4DBFE746D4AAF264 | 03/30/2026 00:21:45 | Blacked Raw | 03/22/2026 | 04/07/2026 | PA0002577458 |
| 47 | 51E0406B526F72F84D7EDDCEC52CF2275C0D66FE | 03/29/2026 21:11:28 | Blacked | 03/24/2026 | 04/07/2026 | PA0002577443 |
| 48 | 5E675EBBF41B6280CA1485A37A6B90C83829D456 | 03/22/2026 23:42:47 | Blacked | 03/19/2026 | 04/07/2026 | PA0002577462 |
| 49 | FFFABCDB809C3653ECA8F0D1D2D6E59F40EA276B | 03/22/2026 23:42:38 | Blacked Raw | 03/17/2026 | 03/24/2026 | PA0002575242 |
| 50 | 3D0A00334CB42FDF69A2E8F30A52248307EAD9DF | 03/13/2026 09:19:40 | Blacked | 02/22/2026 | 03/09/2026 | PA0002572171 |